**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GLENDA GORE**                                                                    **PLAINTIFF**

**v.**                      **CASE NO. 4:10CV01553 BSM**

**CONWAY REGIONAL MEDICAL CENTER, INC.**             **DEFENDANT**

## ORDER

Plaintiff Glenda Gore filed her complaint on November 1, 2010, and the docket sheet reflects "summons issued and returned to plaintiff's attorney for service." The case file, however, does not reflect that Gore has complied with Federal Rule of Civil Procedure 4(m) requiring service upon defendants within 120 days after the complaint is filed. Thus, it appears that Gore does not wish to pursue this action.

IT IS THEREFORE ORDERED that Gore shall file proof of service in this case within fourteen (14) days of the date of this order. If Gore fails to comply with this order, her case will be dismissed for failure to prosecute.

IT IS SO ORDERED this 6th day of April, 2011.

                                                       _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE