IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENDA GORE**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:10CV01553 BSM**

**CONWAY REGIONAL MEDICAL CENTER, INC.**                    **DEFENDANT**

### ORDER

Plaintiff Glenda Gore's motion to dismiss her case with prejudice [Doc. No. 3] is granted. An appropriate judgment will issue.

IT IS SO ORDERED this 14th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE