IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENDA GORE**                                                                                                   **PLAINTIFF**

**v.**                       **CASE NO. 4:10CV01553 BSM**

**CONWAY REGIONAL MEDICAL CENTER, INC.**             **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed with prejudice.

Dated this 14th day of April, 2011.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE